IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:98-CR-9-2H

UNITED STATES OF AMERICA,      )
                               )
                               )
                               )
     v.                        )
                               )
                               )         **ORDER**
                               )
JOEL GALLAMAN                  )
                               )
                               )

This matter is before the court on defendant's motion to modify or strike restitution remaining to be paid in his case. Defendant has failed to show a legal basis for granting such a motion; therefore, the motion [DE #279] is DENIED.

This 22nd day of October 2013.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26